AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF**     **DELAWARE**

MUSIC CHOICE

            Plaintiff(s),

V.

VIACOM, INC., VIACOM INTERNATIONAL, INC., and MTV NETWORKS

            Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-130

TO: (Name and address of defendant)

     MTV NETWORKS
     c/o The Prentice-Hall Corporation System, Inc.
     2711 Centerville Road, Suite 400
     Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

     Martin S. Lessner (#3109)
     John W. Shaw, Esquire (#3362)
     Andrew A. Lundgren, Esquire (#4429)
     Young Conaway Stargatt & Taylor, LLP
     The Brandywine Building
     1000 West Street, 17th Floor
     P. O. Box 391
     Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              MAR 0 4 2008

CLERK                                               DATE

(BY) DEPUTY CLERK

DB02:6625541.1                                                                            900005.0003

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3/4/08 |
| NAME OF SERVER (PRINT) David Gorshmand | TITLE Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Personally Served MTV Networks by Serving the Registered Agent at CSC 2711 Centerville Rd Suite 400 Wilm DE 19808 Served to Anne Marie Giampetro

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/4/8
                    Date                              Signature of Server

230 Market St Wilm DE 19801
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.