AFFIDAVIT OF PERSONAL SERVICE

STATE OF DELAWARE }
                  } ss
COUNTY OF KENT    }

I, Edward Jones, of the State of Delaware, County of Kent, being duly sworn, says that on the 6th day of March, 2008, I personally served a Summons and a Complaint for Patient Infringement upon the following, by serving the Secretary of State of the State of Delaware 401 Federal Street, Dover, DE 19904.

**MTV NETWORKS**

Name of individual who accepted service: Hilary Webb @ 12:01 p.m.

Description of individual who accepted service: White Female, 5'7", 130lbs, long blonde hair.

Subscribed and sworn before me
this 6th day of March, 2008
_____
Notary Public

My commission expires: _____

**SHELLY RAE MILES**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
**COUNTY: KENT**
**NOTARY: 20080471894**
**My Commission Expires February 7, 2010**