# United States District Court

DISTRICT OF     DELAWARE

MUSIC CHOICE

    Plaintiff(s),

V.

VIACOM, INC., VIACOM INTERNATIONAL, INC., and MTV NETWORKS

    Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 - 130

TO: (Name and address of defendant)

MTV NETWORKS
1515 Broadway
New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Martin S. Lessner (#3109)
John W. Shaw, Esquire (#3362)
Andrew A. Lundgren, Esquire (#4429)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

MAR 0 4 2008
DATE

*[signature]*
(BY) DEPUTY CLERK

DB02:6625541.1                                                                 900005.0003

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>March 5, 2008 at 12:16 p.m. |
| NAME OF SERVER (*PRINT*)<br>Bobby Ali | TITLE<br>Process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by personally delivering the documents to Madlyn Lanzot, Legal Department, who stated that she is authorized to accept service. Served at 1515 Broadway, New York, New York 10036.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 6, 2008
            Date                          Signature of Server  Bobby Ali

KEATING & WALKER
Attorney Service, Inc.
One Beekman Street
New York, New York 10038
212-964-6444

Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
----------------------------------------------------------X
MUSIC CHOICE,                                                                    Case No. 08–130
                            Plaintiff(s),
    -against-

VIACOM INTERNATIONAL, INC.;
VIACOM, INC. and MTV NETWORKS,                         **AFFIDAVIT OF SERVICE**

                           Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK          )
                      s.s :
COUNTY OF NEW YORK   )

     BOBBY ALI, being duly sworn, deposes and says that she is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
     That on the 5th day of March, 2008, at approximately 12:16 p.m., deponent served an original **Summons, Complaint, Civil Cover Sheet and Notice Re: Proceeding Before a Magistrate** upon MTV Networks at 1515 Broadway, New York, New York by personally delivering and leaving the same with Madlyn Lanzot, Legal Department, who is authorized by appointment to accept service.
     Madlyn Lanzot is an olive-skinned Hispanic female, approximately 48 years of age, is approximately 5 feet and 3 inches tall (she was seated at the time of service), weighs approximately 165 pounds, with long brown hair and dark eyes and was wearing glasses.

Sworn to before me this
5th day of March, 2008                                                        BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010