IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MUSIC CHOICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-130 (SLR) |
| | ) | |
| VIACOM, INC., | ) | |
| VIACOM INTERNATIONAL, INC., and | ) | |
| MTV NETWORKS, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the

Court, that the time for the defendants to answer, move or otherwise respond to the Complaint is

extended until April 23, 2008.

YOUNG CONAWAY STARGATT & TAYLOR LLP          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew A. Lundgren*                                           */s/ Jack B. Blumenfeld*

_____                      _____
Martin S. Lessner (#3109)                                  Jack B. Blumenfeld (#1014)
John W. Shaw (#3362)                                        Rodger D. Smith II (#3778)
Andrew A. Lundgren (#4429)                              1201 North Market Street
The Brandywine Building                                     P.O. Box 1347
1000 West Street, 17th Floor                                Wilmington, DE  19899
Wilmington, DE 19801                                         (302) 658-9200
(302) 571-6600                                                   jblumenfeld@mnat.com
mlessner@ycst.com                                             rsmith@mnat.com
jshaw@ycst.com
alundgren@ycst.com                                           *Attorneys for Defendants*

*Attorneys for Plaintiff*


SO ORDERED this _____ day of March, 2008.


_____
    United States District Court Judge