IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MUSIC CHOICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-130-SLR |
| ) | |
| VIACOM, INC., ) | |
| VIACOM INTERNATIONAL, INC., and ) | |
| MTV NETWORKS, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF MAILING PURSUANT TO 10 *DEL. C.* § 3104

**STATE OF DELAWARE**      :
                                             : ss.
**COUNTY OF NEW CASTLE**  :

**BE IT REMEMBERED** that on this 28th day of March, 2008, the deponent Andrew A. Lundgren, personally appeared before me, a Notary Public for the State and County aforesaid, and deposed and stated as follows:

1. I am an attorney with the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the plaintiff in the above captioned matter.

2. The defendant, MTV Networks, is a non-resident of the State of Delaware, and on March 4, 2008 and all other times pertinent, was a non-resident of the State of Delaware. The last known address of MTV Networks is 1515 Broadway, New York, New York 10036.

3.  On March 7, 2007, I caused to be mailed by registered mail an envelope to MTV Networks at the above address. The envelope contained copies of a Notice in the form required by 10 *Del. C.* § 3104(d), and copies of the Summons and Complaint to the last-known address listed in Paragraph 2 of this affidavit.

4.  On March 19, 2008, I received from the United States Post Office the return receipt showing delivery and acceptance by MTV Networks of the envelope referred to in Paragraph 3 herein. Pursuant to Local Rule 4.1(b), said return receipt is attached as Exhibit A.

                                                      Andrew A. Lundgren (No. 4429)

**SWORN TO AND SUBSCRIBED** before me, a Notary Public in and for the State and County aforesaid, on this 28th day of March, 2008.

                                                      Kay Shuey, Notary Public

                                                      Commission Expires 2/16/09

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MTV Networks
1515 Broadway
NY, NY 10036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery 3/14/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☒ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)  7007 3020 0000 2158 4050

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

° Sender: Please print your name, address, and ZIP+4 in this box °

Andrew Lundgren, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 West St. 17th Floor
Wilmington, De 19801