IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MUSIC CHOICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-130 (SLR) |
| | ) | |
| VIACOM, INC., | ) | |
| VIACOM INTERNATIONAL, INC., and | ) | |
| MTV NETWORKS, | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS VIACOM INC.,
VIACOM INTERNATIONAL INC., AND MTV NETWORKS**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Viacom Inc., Viacom International Inc., and MTV Networks state:

1. Defendant MTV Networks is a wholly-owned subsidiary of Viacom International Inc.;

2. Defendant Viacom International Inc. is a wholly-owned subsidiary Viacom Inc.; and

3. Defendant Viacom Inc. is a publicly held company with no parent corporation, and no publicly held company owns 10% or more of Viacom Inc.'s stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
  *Attorneys for Defendants*

*Of Counsel*:

David Gindler
Christopher Vanderlaan
Alexander C.D. Giza
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010

April 23, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

    Martin S. Lessner, Esquire
    John W. Shaw, Esquire
    Andrew A. Lundgren, Esquire
    YOUNG CONAWAY STARGATT & TAYLOR LLP

I further certify that I caused to be served copies of the foregoing document on April 23, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Martin S. Lessner, Esquire<br>John W. Shaw, Esquire<br>Andrew A. Lundgren, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>1000 West Street – 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Martin M. Zoltick, Esquire<br>C. Nichole Gifford, Esquire<br>Ryan P. Wallace, Esquire<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>1425 K Street NW – Suite 800<br>Washington, DC 20005 | *VIA ELECTRONIC MAIL* |

                                                  /s/ Jack B. Blumenfeld
                                                Jack B. Blumenfeld (#1014)