IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MUSIC CHOICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-130-SLR |
| | ) |
| VIACOM, INC., | ) |
| VIACOM INTERNATIONAL, INC., and | ) |
| MTV NETWORKS, | ) |
| | ) |
| Defendants. | ) |

### MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Martin M. Zoltick, Ryan P. Wallace, and C. Nichole Gifford, Esquires of Rothwell, Figg, Ernst & Manbeck, P.C., 1425 K Street, N.W., Suite 800, Washington, D.C. 20005 to represent Plaintiff Music Choice in this matter. Pursuant to the Standing Order for District Court Fund, effective January 1, 2005, the annual fee of $25.00 per attorney, if not paid previously, is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Martin S. Lessner (No. 3109)
John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
alundgren@ycst.com

*Attorneys for Plaintiff*

Dated: May 6, 2008

DB02:6799384.1                                            067220.1001

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of Tennessee and the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 6, 2008

C. Nichole Gifford
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street NW
Suite 800
Washington, DC 20005
(202) 783-6040
Email: ngifford@rfem.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 5, 2008

/s/ Ryan P. Wallace
Ryan P. Wallace
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street NW
Suite 800
Washington, DC 20005
(202) 783-6040
Email: rwallace@rfem.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of Virginia, the District of Columbia and the State of New Jersey and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 5, 2008

Martin M. Zoltick
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street NW
Suite 800
Washington, DC 20005
(202) 783-6040
Email: mzoltick@rfem.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission *pro hac vice* of Martin M. Zoltick, Ryan P. Wallace, and C. Nichole Gifford is granted.

Dated: _____, 2008

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esq., hereby certify that on May 6, 2008, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esq.
>Rodger D. Smith, II, Esq.
>MORRIS NICHOLS ARSHT & TUNNELL LLP
>1201 N. Market Street
>Wilmington, DE 19899

Additionally, I hereby certify that the foregoing document was served by hand-delivery and e-mail upon the above-listed counsel and on the following counsel as indicated.

### BY E-MAIL

>David Gindler *(dgindler@irell.com)*
>Christopher Vanderlaan *(cvanderlaan@irell.com)*
>Alexandre C.D. Giza *(agiza@irell.com)*
>Irell & Manella LLP
>1800 Avenue of the Stars
>Suite 900
>Los Angeles, CA 90067

>YOUNG CONAWAY STARGATT & TAYLOR LLP
>
>/s/ Andrew A. Lundgren
>Martin S. Lessner (No. 3109)
>John W. Shaw (No. 3362)
>Andrew A. Lundgren (No. 4429)
>The Brandywine Building
>1000 West St., 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: 302-571-6600
>
>*Attorneys for Plaintiff Music Choice*

DB02:6795845.1                                                                 067220.1001