IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MUSIC CHOICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-130 (SLR) |
| | ) |
| VIACOM, INC., | ) |
| VIACOM INTERNATIONAL, INC., and | ) |
| MTV NETWORKS, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendants' First Set of Requests for Production* and *MTV's First Set of Interrogatories (Nos. 1-13)* were caused to be served on May 13, 2008 upon the following in the manner indicated:

Martin S. Lessner, Esquire                                     *VIA ELECTRONIC MAIL*
John W. Shaw, Esquire                                              *and HAND DELIVERY*
Andrew A. Lundgren, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street – 17th Floor
Wilmington, DE 19801

Martin M. Zoltick, Esquire                                     *VIA ELECTRONIC MAIL*
C. Nichole Gifford, Esquire
Ryan P. Wallace, Esquire
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street NW – Suite 800
Washington, DC 20005

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Jack B. Blumenfeld*

                              Jack B. Blumenfeld (#1014)
                              Rodger D. Smith II (#3778)
                              1201 N. Market Street
                              Wilmington, DE  19899-1347
                              (302) 658-9200
                              jblumenfeld@mnat.com
                              rsmith@mnat.com

                                *Attorneys for Defendants*

OF COUNSEL:

David Gindler
Christopher Vanderlaan
Alexander C.D. Giza
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010

May 13, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Martin S. Lessner, Esquire
>John W. Shaw, Esquire
>Andrew A. Lundgren, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP

I further certify that I caused to be served copies of the foregoing document on May 13, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Martin S. Lessner, Esquire<br>John W. Shaw, Esquire<br>Andrew A. Lundgren, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>1000 West Street – 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Martin M. Zoltick, Esquire<br>C. Nichole Gifford, Esquire<br>Ryan P. Wallace, Esquire<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>1425 K Street NW – Suite 800<br>Washington, DC  20005 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)