IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MUSIC CHOICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-130-SLR |
| | ) | |
| VIACOM, INC. | ) | |
| VIACOM INTERNATIONAL, INC., and | ) | |
| MTV NETWORKS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned counsel for Plaintiff Music Choice hereby certifies that on May 13, 2008, copies of: (1) *Plaintiff Music Choice's First Set of Interrogatories to Defendant MTV Networks (Nos. 1-13)*; (2) *Plaintiff Music Choice's First Set of Interrogatories to Defendant Viacom International, Inc. (Nos. 1-13)*; (3) *Plaintiff Music Choice's First Set of Interrogatories to Defendant Viacom, Inc. (Nos. 1-13)*; (4) *Plaintiff Music Choice's First Set of Requests for the Production of Documents and Things to Defendant Viacom, Inc. (Nos. 1-85)*; (5) *Plaintiff Music Choice's First Set of Requests for the Production of Documents and Things to Defendant Viacom International, Inc. (Nos. 1-85)*; (6) *Plaintiff Music Choice's First Set of Requests for the Production of Documents and Things to Defendant MTV Networks (Nos. 1-85)* were caused to be served upon the following counsel of record as indicated:

**BY U.S. FIRST CLASS MAIL and E-MAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire

Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899

**BY E-MAIL**

David Gindler, Esquire
Christopher Vanderlaan, Esquire
Alexandre C.D. Giza, Esquire
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

PLEASE TAKE FURTHER NOTICE that on May 14, 2008 this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899

Additionally, this Notice of Service was served by hand delivery and e-mail on the above listed local counsel and on the following counsel listed below by e-mail:

David Gindler, Esquire
Christopher Vanderlaan, Esquire
Alexandre C.D. Giza, Esquire
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*
_____
Martin S. Lessner (No. 3109)
mlessner@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Andrew A. Lundgren (No. 4429)
alundgren@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
302-571-6600

*Attorneys for Plaintiff Music Choice*

Dated: May 14, 2008