IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MUSIC CHOICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 08-130 (SLR) |
| | ) |
| VIACOM, INC., | ) |
| VIACOM INTERNATIONAL, INC., and | ) |
| MTV NETWORKS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *MTVN's Initial Disclosures* were caused to be served on June 13, 2008 upon the following in the manner indicated:

Martin S. Lessner, Esquire                                            *VIA ELECTRONIC MAIL*
John W. Shaw, Esquire                                                  *and HAND DELIVERY*
Andrew A. Lundgren, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street – 17th Floor
Wilmington, DE  19801

Martin M. Zoltick, Esquire                                             *VIA ELECTRONIC MAIL*
C. Nichole Gifford, Esquire
Ryan P. Wallace, Esquire
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street NW – Suite 800
Washington, DC  20005

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II*

        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        Wilmington, DE  19899-1347
        (302) 658-9200
        jblumenfeld@mnat.com
        rsmith@mnat.com

        *Attorneys for Defendants*

OF COUNSEL:

David Gindler
Christopher Vanderlaan
Alexander C.D. Giza
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010

June 13, 2008

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Martin S. Lessner, Esquire
> John W. Shaw, Esquire
> Andrew A. Lundgren, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP

I further certify that I caused to be served copies of the foregoing document on June 13, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Martin S. Lessner, Esquire<br>John W. Shaw, Esquire<br>Andrew A. Lundgren, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>1000 West Street – 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Martin M. Zoltick, Esquire<br>C. Nichole Gifford, Esquire<br>Ryan P. Wallace, Esquire<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>1425 K Street NW – Suite 800<br>Washington, DC  20005 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II