IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MUSIC CHOICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-130-SLR |
| | ) | |
| VIACOM, INC. | ) | |
| VIACOM INTERNATIONAL, INC., and | ) | |
| MTV NETWORKS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned counsel for Plaintiff Music Choice hereby certifies that on June 13, 2008, copies of the *Rule 26(a)(1) Initial Disclosure of Plaintiff Music Choice* were caused to be served upon the following counsel of record as indicated:

### BY E-MAIL AND FEDERAL EXPRESS

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

David Gindler, Esquire
Christopher Vanderlaan, Esquire
Alexander C.D. Giza, Esquire
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

PLEASE TAKE FURTHER NOTICE that on June 16, 2008 this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that

such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Rodger D. Smith II, Esquire
>MORRIS NICHOLS ARSHT & TUNNELL LLP
>1201 N. Market Street
>Wilmington, DE 19899

Additionally, this Notice of Service was served by hand delivery and e-mail on the above listed local counsel and on the following counsel listed below by e-mail:

>David Gindler, Esquire
>Christopher Vanderlaan, Esquire
>Alexandre C.D. Giza, Esquire
>IRELL & MANELLA LLP
>1800 Avenue of the Stars
>Suite 900
>Los Angeles, CA 90067

>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
>
>/s/ Andrew A. Lundgren
>
>Martin S. Lessner (No. 3109)
>John W. Shaw (No. 3362)
>Andrew A. Lundgren (No. 4429)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>302-571-6600
>alundgren@ycst.com
>
>*Attorneys for Plaintiff Music Choice*

OF COUNSEL

Martin M. Zoltick
C. Nichole Gifford
Ryan P. Wallace
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
(202) 783-6040

Dated: June 16, 2008