IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MUSIC CHOICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-130 (SLR) |
| | ) |
| VIACOM, INC., | ) |
| VIACOM INTERNATIONAL, INC., and | ) |
| MTV NETWORKS, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of: (1) *Viacom International Inc.'s Responses to Plaintiff's First Set of Requests for Production (Nos. 1-85)*; (2) *Viacom Inc.'s Responses to Plaintiff's First Set of Requests for Production (Nos. 1-85)*; (3) *MTV Networks' Responses to Plaintiff's First Set of Requests for Production (Nos. 1-85)*; (4) *Viacom Inc.'s Response to Plaintiff's First Set of Interrogatories (Nos. 1-13)*; (5) *Viacom Inc.'s Response to Plaintiff's First Set of Interrogatories (Nos. 1-13)*; (6) *Viacom International Inc.'s Response to Plaintiff's First Set of Interrogatories (Nos. 1-13)*; (7) *MTV Network's Response to Plaintiff's First Set of Interrogatories (Nos. 1-13)*; and (8) *Defendants Viacom Inc., Viacom International Inc., and MTV Networks' Disclosures to Accompany Their Responses to Plaintiff Music Choice's First Set of Requests for Production,* were caused to be served on July 14, 2008, upon the following in the manner indicated:

Martin S. Lessner, Esquire                                              *VIA ELECTRONIC MAIL*
John W. Shaw, Esquire                                                    *and HAND DELIVERY*
Andrew A. Lundgren, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street – 17th Floor
Wilmington, DE 19801

Martin M. Zoltick, Esquire                                              *VIA ELECTRONIC MAIL*
C. Nichole Gifford, Esquire
Ryan P. Wallace, Esquire
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street NW – Suite 800
Washington, DC 20005

                                                 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                 */s/ Rodger D. Smith II*
                                                 Jack B. Blumenfeld (#1014)
                                                 Rodger D. Smith II (#3778)
                                                 1201 N. Market Street
                                                 Wilmington, DE 19899-1347
                                                 (302) 658-9200
                                                 jblumenfeld@mnat.com
                                                 rsmith@mnat.com

                                                  *Attorneys for Defendants*

OF COUNSEL:

David Gindler
Christopher Vanderlaan
Alexander C.D. Giza
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010

July 14, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Martin S. Lessner, Esquire
        John W. Shaw, Esquire
        Andrew A. Lundgren, Esquire
        YOUNG CONAWAY STARGATT & TAYLOR LLP

I further certify that I caused to be served copies of the foregoing document on July 14, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Martin S. Lessner, Esquire<br>John W. Shaw, Esquire<br>Andrew A. Lundgren, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>1000 West Street – 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Martin M. Zoltick, Esquire<br>C. Nichole Gifford, Esquire<br>Ryan P. Wallace, Esquire<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>1425 K Street NW – Suite 800<br>Washington, DC  20005 | *VIA ELECTRONIC MAIL* |

        */s/ Rodger D. Smith II*
        Rodger D. Smith II