IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MUSIC CHOICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-130-SLR |
| | ) |
| VIACOM, INC. | ) |
| VIACOM INTERNATIONAL, INC., and | ) |
| MTV NETWORKS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel for Plaintiff Music Choice hereby certifies that on July 14, 2008, copies of the (1) *Responses of Plaintiff Music Choice to Defendants Viacom, Inc., Viacom International, Inc., and MTV Networks First Set of Requests for Production of documents and Things,* (2) *Responses of Plaintiff Music Choice to Defendant MTV Network's First Set of Interrogatories (Nos. 1-13),* (3) *Electronically Stored Information Disclosure of Plaintiff Music Choice,* and (4) *Cover Letter forwarding Exhibit 5 to Responses of Plaintiff Music Choice to Defendant MTV Network's First Set of Interrogatories (Nos. 1-13)* were caused to be served upon the following counsel of record as indicated:

### BY E-MAIL

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

David Gindler, Esquire
Peter Gratzinger, Esquire
Christopher Vanderlaan, Esquire
Alexander C.D. Giza, Esquire
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

PLEASE TAKE FURTHER NOTICE that on July 15, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Rodger D. Smith II, Esquire
>MORRIS NICHOLS ARSHT & TUNNELL LLP
>1201 N. Market Street
>Wilmington, DE 19899

Additionally, this Notice of Service was served by e-mail on the above listed local counsel and on the following counsel listed below by e-mail:

>David Gindler, Esquire
>Peter Gratzinger, Esquire
>Christopher Vanderlaan, Esquire
>Alexandre C.D. Giza, Esquire
>IRELL & MANELLA LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, CA 90067

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren

Martin S. Lessner (No. 3109)
John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
alundgren@ycst.com

OF COUNSEL

Martin M. Zoltick
C. Nichole Gifford
Ryan P. Wallace
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
(202) 783-6040

Dated: July 15, 2008

*Attorneys for Plaintiff Music Choice*