IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MUSIC CHOICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-130 (SLR) |
| | ) |
| VIACOM, INC., | ) |
| VIACOM INTERNATIONAL, INC., and | ) |
| MTV NETWORKS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Viacom International Inc.'s Responses to Plaintiff's Second Set of Requests for Production (Nos. 86-103)*; (2) *Viacom Inc.'s Responses to Plaintiff's Second Set of Requests for Production (Nos. 86-103)*; and (3) *MTV Networks' Responses to Plaintiff's Second Set of Requests for Production (Nos. 86-103)*, were caused to be served on July 30, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Martin S. Lessner, Esquire<br>John W. Shaw, Esquire<br>Andrew A. Lundgren, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>1000 West Street – 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Martin M. Zoltick, Esquire<br>C. Nichole Gifford, Esquire<br>Ryan P. Wallace, Esquire<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>1425 K Street NW – Suite 800<br>Washington, DC 20005 | *VIA ELECTRONIC MAIL* |

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Rodger D. Smith II* |
|  | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com |
|  | *Attorneys for Defendants* |

OF COUNSEL:

David Gindler
Christopher Vanderlaan
Alexander C.D. Giza
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010

July 30, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Martin S. Lessner, Esquire
> John W. Shaw, Esquire
> Andrew A. Lundgren, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP

I further certify that I caused to be served copies of the foregoing document on July 30, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Martin S. Lessner, Esquire<br>John W. Shaw, Esquire<br>Andrew A. Lundgren, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>1000 West Street – 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Martin M. Zoltick, Esquire<br>C. Nichole Gifford, Esquire<br>Ryan P. Wallace, Esquire<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>1425 K Street NW – Suite 800<br>Washington, DC 20005 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II